**Order entered November 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01599-CV

**VICTOR MALDONADO, Appellant**

**V.**

**SUMEER HOMES, INC., PALMER DRYWALL, L.L.C.,
AND ISC BUILDING MATERIALS, INC., Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-01137-E**

## ORDER

On November 22, 2013, appellant filed an unopposed motion for an extension of time to file a reply brief in response to the brief of appellee, Palmer Drywall, L.L.C. and an unopposed second motion for an extension of time to file reply briefs in response to the briefs of appellees, Sumeer Homes, Inc. and ISC Building Materials, Inc. We **GRANT** appellant's motions. Appellant shall file its respective reply briefs on or before December 27, 2013.

/s/    ADA BROWN
        JUSTICE